with ten dollars costs.   Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

YETTA SUSSMAN, Respondent, v. BESSIE SILVERMAN and Others, Defendants. ROSE GREENBERG, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

DAVID TENENBAUM, Trading as ABORN SHIRT MANUFACTURING COMPANY, and TANEN SHIRT MANUFACTURING COMPANY, Appellants, v. HARTFORD FIRE INSURANCE COMPANY and Others, Respondents.— Motion for reargument of motion granted, and upon such reargument motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., not voting.

HAROLD L. R. THOMAS, Appellant, v. ROSE EDITH DES ANGES HAWKINS, as Administratrix, etc., of HENRY L. DES ANGES, Deceased, and THOMAS HALSEY FOSTER, Defendants.   FRANCIS E. DE RAIMES, Respondent.— Motion for stay denied.   Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

CATHERINE TIERNEY, an Infant, by JOHN J. TIERNEY, Her Guardian ad Litem, Respondent, v. IRVING FRIEDMAN, Appellant.— Motion to dismiss appeal granted with ten dollars costs, and appeal dismissed, with ten dollars costs.   Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOHN J. TIERNEY, Respondent, v. IRVING FRIEDMAN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs.   Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

TITLE ESTATES AND MORTGAGE COMPANY, Respondent, v. SOLOW & GLASS, INC., and Others, Defendants.   SILVER LUMBER CO., INC., and ROKOFSKY IRON WORKS, INC., Appellants.— Motion to dismiss appeal from order of March 30, 1929, granted, without costs, and appeal dismissed, without costs.   Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

GEORGE WANCA and JOHN CONNELLY, Respondents, v. LIDO REALTY CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

OWEN J. WARD, as Administrator, etc., of CORNELIUS WARD, Deceased, Respondent, v. WILLIAM GREENBERG, Appellant.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JAMES S. WOODS, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant, and ANNIE FISCHER and LOUIS FISCHER, Respondents.■— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.